## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ALLISON KATHLEEN LEBLANC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV A. NO. 24-0209-KD-MU |
| | ) | |
| MIS INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of all portions of the record deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (doc. 95) is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 92) is **ADOPTED** as the opinion of this Court.

Accordingly, Defendant MIS, Inc.'s Motion to Dismiss (doc. 75) as to Counts One and Two is **GRANTED** and all claims asserted against MIS in Counts One and Two are **DISMISSED with prejudice.**

The Court declines to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(c)(3) over Counts Nine, Ten, and Eleven, the state law claims asserted solely against MIS. Accordingly, these Counts are **DISMISSED without prejudice.**[1]

Defendant MIS's Motion to Strike (doc. 79) is **GRANTED.**

**DONE** and **ORDERED** this 8th day of January 2026.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] See 28 U.S.C.A. § 1367(d) ("The period of limitations for any claim asserted under subsection (a), … shall be tolled while the claim is pending and for a period of 30 days after it is dismissed unless State law provides for a longer tolling period.").